**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 4:07CR72 |
| v. | § | |
| | § | |
| AHMON ANDERSON | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 10 months, with no supervised release to follow. Further, Defendant is **ORDERED** to pay restitution, jointly and severally with his co-defendants, in the amount of $8,412.58. The restitution is due immediately, payable by cashier's check or money order, to the United States District Clerk and forwarded to the United States District Clerk's Office, 1100 Commerce Street, Room 1452, Dallas, Texas 75242. Interest is waived.

**IT IS SO ORDERED.**

**SIGNED this the 25th day of August, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE